```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GCT NEW YORK LP,                                            :
                                                            :
                        Plaintiff,                          :
                                                            :
            -against-                                       :
                                                            :
                                                            :
MAERSK LINE A/S and                                         :
HAMBURG SUDAMERIKANISCHE                                    :
DAMPFSCHIFFFAHRTS                                           :
GESELLSCHAFT APS & CO KG,                                   :
                                                            :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020
```

20-cv-3121 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff GCT New York LP's ("GCT") application for a temporary restraining order and preliminary injunction against defendants Maersk Line A/S ("Maersk") and Hamburg Sudamerikanische Dámpfschifffahrts-Gesellschaft APS & Co. KG ("Hamburg Sud" and, collectively with Maersk, "Defendants") pursuant to Rule 65(a) of the Federal Rules of Civil Procedure.  Accordingly, it is hereby:

      ORDERED that Defendants are directed to file a brief in opposition to the temporary restraining order on or before Wednesday April 22, 2020.

      IT IS FURTHER ORDERED that the parties are directed to appear for a telephonic conference relating to the application for a Temporary Restraining Order on Friday April 24, 2020, at 2:00 p.m.  The dial in information for that conference is 888-363-4749, Access Code 2682448.

SO ORDERED.

Dated: April 21, 2020
      New York, New York

Vernon S. Broderick
United States District Judge