UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GCT NEW YORK LP,                                            :
:
                Plaintiff,          :
:     20-cv-3121 (VSB)
      -against-                                       :
:     **ORDER**
MaERSK LINE A/S, et al.,                                    :
:
                Defendants.         :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On Friday April 24, 2020, the parties appeared before me for a telephonic hearing on Plaintiff's order to show cause for a temporary restraining order. Upon consideration of the parties submissions and arguments, and for the reasons stated on the record, it is hereby:

       ORDERED that Plaintiff's motion for a temporary restraining order is Denied.

SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge