**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :

GCT NEW YORK LP,
              :

          *Plaintiff*,
              :

       -against-
              :

MAERSK LINE A/S AND
              :      No. 20-CV-3121 (VSB)
HAMBURG SÜDAMERIKANISCHE
DAMPFSCHIFFAHRTS
              :
GESELLSCHAFT APS & CO. KG
              :

         *Defendants*.
              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff GCT New York LP and the respective undersigned substituting and withdrawing counsel, that the undersigned Sullivan & Cromwell LLP attorneys are hereby substituted for the undersigned Vedder Price P.C. attorneys as counsel of record for Plaintiff GCT New York LP in the above-captioned action.

Dated: May 19, 2020
New York, New York

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.

| | |
|---|---|
| /s/ Jeffrey T. Scott | /s/ Daniel C. Green |
| Jeffrey T. Scott | David M. Rownd |
| Adam R. Brebner | Daniel C. Green |
| Adam R. Rahman | Joshua A. Dunn |
| SULLIVAN & CROMWELL LLP | VEDDER PRICE P.C. |
| 125 Broad Street | 1633 Broadway, 31st Floor |
| New York, New York 10004–2498 | New York, New York 10019 |
| Telephone: (212) 558-4000 | Telephone: (212) 407-7700 |
| E-mail: scottj@sullcrom.com | E-mail: drownd@vedderprice.com |

John Atkins
President
GCT New York LP
300 Western Avenue
Staten Island, New York 10303

**SO ORDERED**

Hon. Vernon S. Broderick
United States District Judge