```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GCT NEW YORK LP,

                                  Plaintiff,

     -against-

MAERSK LINE A/S and HAMBURG
SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-
GESELLSCHAFT APS & CO. KG,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-3121 (JPC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 46). A telephone conference will be held on **Wednesday, November 18, 2020 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

     SO ORDERED.

Dated: November 5, 2020
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge