USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GCT NEW YORK LP,

                        Plaintiff,

    -against-

MAERSK LINE A/S and HAMBURG
SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-
GESELLSCHAFT APS & CO. KG,

                        Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-3121 (JPC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for **Tuesday, February 2, 2021 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. If the parties wish they may submit brief updated settlement submissions to the Court no later than **January 27, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: January 19, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge