UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GCT NEW YORK LP,                                                        :
:
Plaintiff,                                       :
:           20-CV-3121 (JPC)
-v-                                              :
:           ORDER
MAERSK LINE A/S and HAMBURG                                             :
SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-                                     :
GESELLSCHAFT APS & CO. KG,                                              :
:
Defendants.                                      :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall appear before the undersigned for a conference to discuss the discovery disputes raised to the Court. *See* Dkts. 75, 80. The conference shall take place on August 16, 2021 at 12:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: August 2, 2021
       New York, New York
                                            JOHN P. CRONAN
                                            United States District Judge