```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
GCT NEW YORK LP,                                    :
                                                    :
                          Plaintiff,                :
                                                    :         20-CV-3121 (JPC)
            -v-                                     :
                                                    :             ORDER
MAERSK LINE A/S and HAMBURG                         :
SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-                 :
GESELLSCHAFT APS & CO. KG,                          :
                                                    :
                          Defendants.               :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear before the undersigned for a conference to discuss the discovery disputes raised to the Court. *See* Dkts. 98-100. The conference shall take place on December 13, 2021, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 29, 2021
       New York, New York
                                             _____
                                                    JOHN P. CRONAN
                                                 United States District Judge